Case: 1:13-cr-00220 Document #: 10 Filed: 07/06/16 Page 1 of 1 PageID #:40

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

UNITED STATES OF AMERICA

                          Plaintiff,

v.                                         Case No.: 1:13–cr–00220
                                                              Honorable Harry D. Leinenweber

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 6, 2016:

      MINUTE entry before the Honorable Harry D. Leinenweber:Motion hearing held on 7/6/2016. Defendant Marlon Chamberlain's Motion for early termination of supervised release [8] is granted. Mailed notice (wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.